```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                          JACKSON DIVISION
```

MARIE S. PRINGLE                                                PLAINTIFF

V.                                  CIVIL ACTION NO. 3:06CV616TSL-JCS

WILLIAM DEAN, JR., Former Superintendent;            DEFENDANTS
JUDGE A. NELSON, Current Superintendent;
STEPHEN BAILEY, Former Holmes County School
Board President; HENRY L. DAVIS, Current
Holmes County School Board President; JAMES
ANDERSON, Current Holmes County School
Board President; SANDRA YOUNG, Former
Holmes County School Board President; CHARLES
HURST, Holmes County School Board Member;
HELEN JOHNSON, Holmes County School Board
Member; RAYFORD HORTON, Holmes County
School Board Member; ADELAIDE RILEY
FISHER, Former Administrative Assistant;
HENRINE KING, Current Administrative Assistant;
CHARLOTTE WILLIAMS, Former Mississippi
Supreme Court Clerk; LILLIE J. BROWN, Teacher;
CHESTER COLE, Former Teacher; ALIX SANDERS,
Former School Board Attorney; EARNEST V. GREER,
Former School Counselor; BARBARA A. YOUNG,
Current Teacher; MARK CHINN; REUBEN
ANDERSON; RICHARD ROBERTS, III; JAMES BELL;
CARLTON REEVES; SHIRLEY NEAL, JR. and ROBERT
REDMOND, JR.

<u>JUDGMENT</u>

Pursuant to the memorandum opinion and order issued this date, it is hereby ordered and adjudged that the complaint of Marie Pringle is dismissed with prejudice.

SO ORDERED and ADJUDGED this the 21st day of June, 2007.

                                    /s/ Tom S. Lee
                                    UNITED STATES DISTRICT JUDGE